1042

No. 11–6663.  SAVIOR v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–6697.  TRAVILLION v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 11–6703.  CASTON-GOODJOHN v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 11–6770.  BERNARD v. DAVIS.  C. A. 4th Cir.  Certiorari denied.

No. 11–6782.  ADKINS v. CROW, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, ET AL. (Reported below: 432 Fed. Appx. 748); ADKINS v. SANDERS, JUDGE, DISTRICT COURT OF KANSAS, BUTLER COUNTY, ET AL. (432 Fed. Appx. 748); ADKINS v. MARTIN, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, ET AL. (450 Fed. Appx. 699); and ADKINS v. SAPIEN ET AL. (432 Fed. Appx. 751).  C. A. 10th Cir.  Certiorari denied.

No. 11–6815.  BROWN v. HORELL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–6819.  RAMOS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6827.  STAPLES, AKA ROSS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6831.  BAKER v. WALKER ET AL.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 11–6834.  DEROSS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–6837.  CAMACHO TORRES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6843.  RICE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–6844.  SMITH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.